```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ESLAM HASSAN,                                               :
                                                            :
                            Plaintiff,                      :     19-CV-4111 (RA) (OTW)
                                                            :
              -against-                                     :            **ORDER**
                                                            :
C.O. JOHNSON, et al.,                                       :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On November 22, 2019, the City of New York ("the City") submitted a status letter, as directed by the Court, in which it stated that the City was continuing to ascertain the names of the defendants named in the Amended Complaint and would provide such names within 60 days of the Court's October 28, 2019 *Valentin* Order. (ECF 29). To date, the City has not provided a response to the *Valentin* order. Accordingly, the City shall file a status letter by **January 22, 2020**. Plaintiff is also directed to respond to the City's identification interrogatories if he has not already done so.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the following new address:

Eslam Hassan, DIN # 16-A-4333
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York, 10562-5442

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 8, 2020
    New York, New York

**Ona T. Wang**
United States Magistrate Judge