**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ESLAM HASSAN,

                      Plaintiff,

         -against-

CORRECTIONAL OFFICER JOHNSON, et al.,

                      Defendants.

------------------------------------------------------------x

19-CV-4111 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The City of New York is directed to file a status letter on **July 7, 2020**. The letter should address efforts to identify the individual defendants. The City of New York indicated in February 2020 that it had served Plaintiff a copy of the City of New York's Identification Interrogatories. *See* ECF 41.

Chambers will mail a copy of this Order to the *pro se* Plaintiff on June 30, 2020.

**SO ORDERED.**

Dated: June 29, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge