```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ESLAM HASSAN,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :       19 Civ. 4111 (JPC)
              -v-                                                      :
                                                                       :       ORDER
JOHNSON DOE et al.,                                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 13, 2022, the Honorable Ona T. Wang issued a Report and Recommendation recommending that this action be dismissed for failure to prosecute and that Defendants' motion to dismiss, Dkt. 46, be granted. Dkt. 57. On January 14, 2022, a copy of the Report and Recommendation was mailed to Plaintiff at his two last known addresses: V.C.B.C., 1 Halleck Street, Bronx NY 10474, and Blake Avenue Shelter, 1000 Blake Avenue, Brooklyn NY 11208. The mail addressed to Plaintiff at 1000 Blake Avenue was returned as undeliverable on January 28, 2022. It is hereby ordered that, by February 4, 2022, Defendants shall advise the Court whether they have been in contact with Plaintiff and/or whether they have an alternative address for Plaintiff to which the Court may send a copy of the Report and Recommendation.

SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                            _____
                                                   JOHN P. CRONAN
                                               United States District Judge